IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GREGORY T. BERGER,

Petitioner,

vs.

ROB JEFFREYS,

Respondent.

**8:25CV571**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner Gregory T. Berger's Motion to Appoint Counsel, Filing No. 15, and Motion for Extension for Brief, Filing No. 16. Petitioner requests that his deadline to file a responsive brief be extended by 30 days. Upon consideration, the Court concludes the Motion for Extension will be granted.

Regarding Petitioner's request for appointment of counsel, "there is neither a constitutional nor statutory right to counsel in habeas proceedings; instead, [appointment] is committed to the discretion of the trial court." *McCall v. Benson*, 114 F.3d 754, 756 (8th Cir. 1997). As a general rule, counsel will not be appointed unless the case is unusually complex or the petitioner's ability to investigate and articulate the claims is unusually impaired or an evidentiary hearing is required. *See, e.g.*, *Morris v. Dormire*, 217 F.3d 556, 558–59 (8th Cir. 2000), cert. denied, 531 U.S. 984 (2000); *Hoggard v. Purkett*, 29 F.3d 469, 471 (8th Cir. 1994). *See also* Rule 8(c) of the *Rules Governing Section 2254 Cases in the United States District Courts* (requiring appointment of counsel if an evidentiary hearing is warranted). The Court has carefully reviewed the record and finds there is no need for the appointment of counsel at this time.

IT IS THEREFORE ORDERED that:

1.    Petitioner's Motion to Appoint Counsel, Filing No. 15, is denied without prejudice to reassertion.

2.    Petitioner's Motion for Extension for Brief, Filing No. 16, is granted.  Petitioner's brief in response is due on or before April 30, 2026.

Dated this 23rd day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge